FILED ___ LODGED
___ RECEIVED ___ COPY Original Duplicate

JAN 0 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

District of Arizona
United States District court have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States pursuant to 28 USC 1331
This court has jurisdiction pursuant to 28 USC 1361, 28 USC 1332

[December 27, 2022]

REFERENCE: CZVLR 7.1(a)(1)

(Rule Number/Section)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT

One of The People of Arizona Republic
On the Republic Land of Arizona Republic
el, domus, Daughter and Sons of The Most High God Allah
in propria persona, sui juris, in full life, implied surety,
original creditor for -the principal LSH ESTATE/TRUST

Case No. 2:22-cv-02083-SPL

v.

Michael Wisehart dba Director for Arizona Department of Economic Security

## WRIT OF MANDAMUS/AFFIDAVIT OF FACT

A (writ of) mandamus is an order from a court to an inferior government official ordering the government official to properly fulfill their official duties or correct an abuse of discretion. (See, e.g., Cheney v. United States Dist. Court for D.C. (03-475) 542 U.S. 367 (2004) 334 F.3d 1096.) According to the U.S. Attorney Office, "Mandamus is an extraordinary remedy, which should only be used in exceptional circumstances of peculiar emergency or public importance."

ADES workers used fraud, concealment, misdirection, and misinformation to prevent me from getting approved, being that I provided everything needed (see supporting evidence). ADES employees hid my application evidence and appeal applications in their office and buried my appeal application and evidence for malice purposes, making detection extremely unlikely. Written affidavits/statements were provided regarding income and a good cause for the voluntary PRA. The PRA conflicts with our religion and goes against our inalienable rights.

My prayer to Allah who is Creator of all to provide remedy upon the court to force ADES administration to hastily provide me and my domus with our funding for my personal, domus and household for the claim amount $3600 in food funding and $6300 in cash funding every month.

ADES was negligently aware that this is an emergency and that I am a survivor of dv, et al, and by them denying us of our right for funding, it puts our life at harm. **Remedy must happen without any more delay, which is extremely harmful to my**

**offsprings and me. And for safety and religious reasons my tribe member and offsprings will be with me.**

For the hardship and labor taking out to deal with this matter, the damage and suffering it did to my offsprings and myself, $180,000 (One Hundred and Eighty Thousand) to be sent to me by check.

Including but not limited to in consideration of:
United Nations Declaration on the Rights of Indigenous Peoples
Article 5
Indigenous peoples have the right to maintain and strengthen their distinct political, legal, eco- nomic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State.

Article 22
1. Particular attention shall be paid to the rights and special needs of indigenous elders, women, youth, children and persons with disabilities in the implementation of this Declaration.
2. States shall take measures, in conjunction with indigenous peoples, to ensure that indigenous women and children enjoy the full protection and guarantees against all forms of violence and discrimination.
   Article 23
Indigenous peoples have the right to determine and develop priorities and strategies for exercising their right to development. Indigenous peoples have the right to be actively involved in developing and determining health, housing and other economic and social pro- grammes affecting them and, as far as possible, to administer such programmes through their own institutions.

Article 39
Indigenous peoples have the right to have access to financial and technical assistance from States and through international cooperation, for the enjoyment of the rights contained in this Declaration.
Article 40
Indigenous peoples have the right to access to and prompt decision through just and fair procedures for the resolution of conflicts and disputes with States or other parties, as well as to effective remedies for all infringements of their individual and collective rights. Such a decision shall give due consideration to the customs, traditions, rules and legal systems of the indigenous peoples concerned and international human rights.

AMERICAN DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLES
Article III.
Indigenous peoples have the right to self-determination. By virtue of that right, they freely determine their political status and freely pursue their economic, social, and cultural development.
Article VI.
Collective rights
Indigenous peoples have collective rights that are indispensable for their existence, well-being, and integral development as peoples. In that regard, States recognize and

2

respect the right of indigenous peoples to their collective action; to their juridical, social, political, and economic systems or institutions; to their own cultures; to profess and practice their spiritual beliefs; to use their own tongues and languages; and to their lands, territories and resources. States shall promote, with the full and effective participation of indigenous peoples, the harmonious coexistence of the rights and systems of different population groups and cultures.

Article VII.

1. Indigenous women have the right to the recognition, protection, and enjoyment of all human rights and fundamental freedoms provided for in international law, free from discrimination of any kind.

2. States recognize that violence against indigenous peoples and individuals, particularly women, hinders or nullifies the enjoyment of all human rights and fundamental freedoms.

3. States shall adopt, in conjunction with indigenous peoples, the necessary measures to prevent and eradicate all forms of violence and discrimination, particularly against indigenous women and children.

Article VIII.

Right to belong to indigenous peoples

Indigenous individuals and communities have the right to belong to one or more indigenous peoples, in accordance with the identity, traditions, customs, and systems of belonging of each people. No discrimination of any kind may arise from the exercise of such a right.

Title 41 – State Government
41-1493.02. Applicability
C. This article shall not be construed to authorize any government to burden any religious belief.

Title 41 – State Government
41-1493.01. Free exercise of religion protected
    A. Free exercise of religion is a fundamental right that applies in this state even if laws, rules or other government actions are facially neutral.

    2021 Arizona Revised Statutes Title 41 – State Government 41-1281.
    Definitions
    41. "Bribe" means any money, goods, right in action, property, thing of value or advantage, present or prospective, asked, offered, given, accepted or promised with a corrupt intent to influence, unlawfully, the person to whom it is given in his action, vote or opinion, in any official capacity.
    Title 41 State Government
    41-1304.02 Preparing the statutes for publication; revisions
    41. The director shall not undertake to make any change of:

3

41. Existing laws, it being the intention of this section that the director shall in no manner assume to exercise legislative power.
Arizona Revised Statutes Title 41. State Government
41-1492.01 Prohibition of discrimination by public entities

2015 Arizona Revised Statutes
Title 41 – State Government
41-1492.10. Prohibition against retaliation and coercion

Universal Declaration of Human Rights
Article 12: Right to privacy
No one will be subject to arbitrary interference with his private life, family, home or correspondence, or to attacks on his honor and reputation. Everyone has the right to the protection of the law against such interference or infringements.

Article 15
Everyone has the right to a nationality.
No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

Article 25
Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control. Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

Convention on the Rights of the Child – General Assembly resolution 44/25:
Article 24: "States Parties recognize the right of the child to the enjoyment of the highest attainable standard of health [...]. States Parties shall pursue full implementation of this right and, in particular, shall take appropriate measures...to combat disease and malnutrition, including within the framework of primary health care, through, inter alia, the application of readily- available technology and through the provision of adequate, nutritious food". Furthermore, at article 27: "States Parties recognize the right of every child to a standard of living adequate for the child physical, mental, spiritual, moral and social development".

4

Always In Good Faith and Honour,

[Made pursuant to Title, 28 U.S. Code § 1746]
do solemnly, sincerely, and squarely Affirm that the foregoing facts contained
in this Affidavit of Fact, Affirmed Notice, are true, to the best of my
knowledge, Culture, Customs and Beliefs; being actual, correct, not
misleading, etc.; and being the Truth, the whole Truth, and nothing but the
Truth.

By: el ilshanto _____
All rights and liberties reserved engaged worldwide
Without Prejudice/Recourse UCC 1-308
el, domus, Sons and Daughter of the Most High God Allah
General Post-office [Judicial Distrct]
[RFD]

Also See: 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights,
42 U.S. Code § 1986 - Action for neglect to prevent

See:
1) Enclosure 1: Evidence Documents recieved by ADES employees.

5

Enclosure 1

FAMILY ASSISTANCE ADMIN
CHANGE CENTER
PO BOX 19009
PHOENIX AZ 85005

STATE OF ARIZONA   PAGE   1 OF   4
DEPARTMENT OF ECONOMIC SECURITY
HTTP://WWW.AZDES.GOV/FAA

OFFICE NUMBER: (855) 432-7587
CASE NUMBER: ███████
NOTICE NUMBER: F200
MAILING DATE: 11/03/22



DEAR ████████████

**THIS DECISION IS ABOUT YOUR NUTRITION ASSISTANCE BENEFITS (NA)**

We denied your NA application we received on October 03, 2022.

When you contact us to complete the application process within 60
days from the date we received your application, a new application
will not be needed.
-- When you contact us within the first 30 days from the date
   we received your application and complete the application
   process, your benefits will start with the date we received
   your application.
-- If you contact us after the first 30 days from the date we
   received your application and complete the application
   process, your benefits will start with the date you
   contacted us.

NOTE: The application process includes completing an interview and
providing all mandatory requested verification to make a
determination.

---

**WE TOOK THIS ACTION BECAUSE:**

YOU DID NOT GIVE US PROOF OF ALL INCOME OR PROOF THAT INCOME HAS
STOPPED FOR REQUESTED HOUSEHOLD MEMBER(S) FROM ALL REQUESTED
SOURCE(S)/EMPLOYER(S).

---

**THIS IS THE INFORMATION WE NEED**

  * ADDRESS: Proof of your current residential address. If you
    have a separate mailing address, please provide proof of
    both.
  * CITIZENSHIP: Proof of United States Citizenship (such as a
    Birth Certificate, United States Passport, Certificate of
    Naturalization) for:
    ████████████████████████

(Continued on the back of this page)                    CE200A (08/09)

* IMMIGRATION STATUS: Proof of Immigration Status (such as a
  Permanent Resident Card, Arrival/Departure Record I-94) for:
  ███████████

* SOCIAL SECURITY NUMBER: Social Security number or proof of an
  application for a Social Security Number for:
  ███████████

* HOUSEHOLD: A statement signed and dated by your landlord or
  non-relative not living in your home listing everyone in your
  home. This statement must include the landlord's or
  non-relative's address and phone number.

* SEPARATE HOUSEHOLD: A statement signed and dated by you:
  - Listing everyone (including children) living in your home
    that buy and cook their food with you.
  - Listing everyone (including children) living in your home
    who do not buy and cook their food with you.

* IN-KIND INCOME: Proof that ██████ is
  working in exchange for food, rent or other need. The proof
  must include the value of the work and the number of hours
  worked from · to .

* Proof of unearned income received from 9/4/22
  to 10/3/22. Name of person who received
  the payments:██████
  Type of income: TRUST, SECURITIES & BONDS..
  You may give us any of the items listed below as proof of
  your payments:
  A copy of your award letter.
  Any other document that shows your payments received during
  the period listed above.

---

**WHO TO CONTACT IF YOU HAVE QUESTIONS**
  -Call us Monday - Friday, 7:00 a.m. to 6:00 p.m. at
  1 (855) 432-7587.
The TTY/TDD number for the hearing impaired is 7-1-1.

---

**WHAT TO DO IF YOU DO NOT AGREE WITH THIS DECISION**
You may request an appeal by filling out the form on the last page of
this notice. You may also call the Office of Appeals at (602) 771-9019
or toll free at 1 (877) 528-3330 to request an appeal.

**FREE LEGAL HELP**
You may contact SOUTHERN ARIZONA LEGAL AID at WWW.SAZLEGALAID.ORG or
800-248-6789.

---

**WHAT TO DO IF YOU HAVE AN OVERPAYMENT**
Please contact the Office of Accounts Receivable and Collections
(OARC) IMMEDIATELY if you have an overpayment of NA benefits to make
other payment arrangements. If you do not contact OARC by mail at PO
Box 60 Phoenix, AZ 85001-0060 or call the office at (602) 252-0024 and
press option #3 your overpayment debt will be considered delinquent
and subject to other collection and legal action.

---

(Continued on the next page)                                    CE200B (08/09)

**MAILING DATE:** 11/03/22
**CASE NUMBER:** ▋▋▋▋▋▋
**NOTICE NUMBER:** F200

**VOTER REGISTRATION**
Applying or declining to register to vote will not affect the amount
of assistance that you will be provided by this agency.

If you are not registered to vote where you live now and would like
more information, you can get information:

- By phone by calling FAA at 1 (855) 432-7587; or
 - Online by visiting this website:
    azsos.gov/elections/voting-election/register-vote-or-
    update-your-current-voter-information

---

**LEGAL AUTHORITY**
This action is based on 7 Code of Federal Regulations (CFR): 7 CFR
273.2.f & 273.12 and Arizona Administrative Code (AAC) N/A.

You can find these laws at any of the following:
   - At a public library;
   - On the Internet at CFR: www.ecfr.gov/; and
                         AAC: www.azsos.gov/.

---

USDA is an equal opportunity provider and employer.

Este aviso se refiere a la informacion importante acerca de sus
beneficios, los plazos cortos para pedir una Audiencia y la manera de
seguir recibiendo beneficios si usted esta en desacuerdo con nuestra
decision. Llame de inmediato al DES al 1 (855) 432-7587 y DES le
leeran esta aviso a usted en Espanol.

MAILING DATE:  11/03/22
CASE NUMBER:  ████████
NOTICE NUMBER: F200

This Page Is Left Blank.

(Continued on the back of this page)

CE200A (08/09)

FAMILY ASSISTANCE ADMIN   **STATE OF ARIZONE**   **PAGE   1 OF   2**
CHANGE CENTER   DEPARTMENT OF ECONOMIC SECURITY
PO BOX 19009   HTTP://WWW.AZDES.GOV/FAA
PHOENIX AZ 85005

OFFICE NUMBER:  (855) 432-7587
CASE NUMBER: ▮▮▮▮▮▮
NOTICE NUMBER: A273
MAILING DATE: 10/20/22



AZ

DEAR ▮▮▮▮▮▮▮▮▮▮
Your application for CA/TPEP received on October 03, 2022 has been
denied effective October 2022 because you failed/refused to sign the
Personal Responsibility Agreement (PRA) FA-264/FA-157.

This action is based on Arizona Administrative Code (AAC)  R6-12-302.E
The AAC references are available through public libraries.

A separate notice about your AHCCCS Medical Assistance will be sent.

---

**WHAT YOU CAN DO IF YOU DO NOT AGREE WITH OUR DECISION**
If you do not agree with our decision, you may request an appeal by
filling out the form on the last page of this notice. You may give the
form to us by mail or fax. You may call the Office of Appeals at (602)
772-9279 or toll free at 1 (877) 528-3330 to request an appeal.
Fax Number: (602) 257-7055

- We explain your Right to Appeal on the last page of this notice.
- You can represent yourself, or another person or a lawyer can
  represent you at the hearing.

**DEADLINES TO REQUEST AN APPEAL**
30 days from the date on this notice.

**HOW TO GET BENEFITS WHILE WAITING FOR AN APPEAL**
- You may keep getting benefits if you request an appeal before the
  effective date of the action listed on this notice or ten (10)
  days from the date of this notice, whichever is later.
- You cannot get benefits while waiting for an appeal if:
  -- Your application was denied;
  -- Your benefits stopped because the approval period ended;
  -- The law changed; or
  -- You received the most benefits you can get under the program.

CAUTION: You may have to pay back the CA benefits you received while
waiting for an appeal if you do not go to your appeal hearing, you
withdraw your appeal request, or you do not win your case.

**FREE LEGAL ASSISTANCE**

(Continued on the back of this page)   CE200A (08/09)

For Free Legal Assistance, you may contact:
--In Maricopa, Mohave, La Paz, Yavapai, and Yuma Counties:
   Community Legal Services at www.clsaz.org or 1 (800) 852-9075;
--In Apache, Cochise, Gila, Graham, Greenlee, Navajo, Pima, Pinal
   and Santa Cruz counties: Southern Arizona Legal Aid at
   www.sazlegalaid.org or 1 (800) 248-6789;
--In Coconino County: DNA-People's Legal Services at
   www.dnalegalservices.org or 1 (800) 789-5781.

---

**WHO TO CONTACT IF YOU HAVE QUESTIONS**
 -Call us Monday - Friday, 7:00 a.m. to 6:00 p.m. at
  1 (855) 432-7587.
The TTY/TDD number for the hearing impaired is 7-1-1.

---

**VOTER REGISTRATION**
Applying or declining to register to vote will not affect the amount
of assistance that you will be provided by this agency.

If you are not registered to vote where you live now and would like
more information, you can get information:

- By phone by calling FAA at 1 (855) 432-7587; or
 - Online by visiting this website:
   azsos.gov/elections/voting-election/register-vote-or-
   update-your-current-voter-information

---

### LEGAL AUTHORITY

- Applicant and Recipient Responsibility:  Arizona Administrative
  Code (AAC) R6-12-302.E.

You can find these laws at any of the following:
  - At a public library; and
  - On the Internet at AAC: www.azsos.gov/.

---

Este aviso se refiere a la informacion importante acerca de sus
beneficios, los plazos cortos para pedir una Audiencia y la manera de
seguir recibiendo beneficios si usted esta en desacuerdo con nuestra
decision. Llame de inmediato al DES al 1 (855) 432-7587 y DES le
leeran esta aviso a usted en Espanol.

(Continued on the next page)

CE200B (08/09)

# Fax

**From**



Beneficiary

**To**

USDA/Nutrional
Assistance/Arizona
Department of Economic
Security

**Number of pages**

2

**Message**

Case Number ▓▓▓▓▓▓
In regards to Notice A026

Attention: USDA/DES
First Amendment:

Congress shall make no law respecting an
establishment of religion, or prohibiting the free
exercise thereof; or abridging the freedom of
speech, or of the press; or the right of the people
peaceably to assemble, and to petition the
Government for a redress of grievances.

Genesis 12:3
I will bless those who bless you, and him who
dishonors you I will curse, and in you all the
families of the earth shall be blessed."

Attention: Arizona Department of Economic Security

In Regards To: Notice Number A026 [PERSONAL RESPONSIBILITY AGREEMENT]

Case Number: ████████

To: Secretary, Tom Vilsack- Responsible Party for USDA

I do **NOT** accept your offer for employment for the following reasons:

1. Forced Servitude
2. I am a breastfeeding mom with a small ████████
3. I can **NOT** work for health reasons that are very private to me and reserve all rights to keep my health record private.
4. I homeschool my son according to our Religious and Spiritual Heritage.
5. It is against my religion to contract with a corporation.
6. I filled out an application for an extension of credit for my personal, [family], and [household], In good faith.
7. I need the full disclosure of this [agreement], the language you are using , define the terms of this [agreement].
8. I am very responsible and do not understand this form you furnished, this is very misleading.
9. I am EXEMPT and not obligated to comply with this notice for good cause because I will be risking my life and it's very dangerous for our health and safety. No consideration has been given for the safety of my two offsprings and I on any of these misleading forms you sent to me. If you send anything else like this, I will be reporting this as mail fraud and more. Send me my food funding and cash aid that you have withheld from me for almost a month now.

Failure to provide me with my food funding out of discrimination due to my [Driver License] photo and Religion will seriously injure us.

All rights and liberties reserved worldwide. UCC 1-308
By: ████████        Beneficiary, Indigenous Woman

FEDERAL ANTITRUST LAW

The Sherman Act outlaws "every contract, combination, or conspiracy in restraint of trade," and any "monopolization, attempted monopolization, or conspiracy or combination to monopolize." Long ago, the Supreme Court decided that the Sherman Act does not prohibit every restraint of trade, only those that are unreasonable. For instance, in some sense, an agreement between two individuals to form a partnership restrains trade, but may not do so unreasonably, and thus may be lawful under the antitrust laws. On the other hand, certain acts are considered so harmful to competition that they are almost always illegal. These include plain arrangements among competing individuals or businesses to fix prices, divide markets, or rig bids. These acts are "per se" violations of the Sherman Act; in other words, no defense or justification is allowed.

Regarding: School For ████████████████████████

To: USDA/ARIZONA DEPARTMENT OF ECONOMIC SECURITY

October 17, 2022

To whom this may concern:

**We do not have income.**

In regards to case number ████████, Notice number C014 dated 10/05/22 from the Arizona Department of Economic Security agents. My son ████████████████████ has always been Homeschooled under my care for his health and Safety. He has perfect attendance and I am more than qualified to [Educate] my own offsprings. It is against my Religion and Spiritual Heritage to place my creation in a Public school system that does not support his overall growth, health, safety, religion or heritage as a divine son of the Most High God Almighty. I will attach his report card with this for **Proof** of his Schooling. Our records are to be confidential and private and must NOT ever be shared without my prior exclusive written consent. Therefore, we do not need to comply with the notification of any school district. Such notification as described in Arizona code is for [parents] removing their [child] from The Public School System. Your attempt to coerce us into a contract with any school or institution is a violation of State, Federal and International Law.  What is your interest in my son's personal and private matters when you do not know us at all. Your job is only to process applications on behalf of the beneficiaries. I do not see where it says under the laws that you have the right to deny offspring [children] of their food funding. You couldn't care about the welfare of the Nation of [children]. You are not acting in our best interest at all with all of these unconscionable forms. If you would like to provide funding to help me with things to add to his homeschooling that would be great but other than that, leave us out of your ill intentions here. I applied for an extension of credit pursuant to Title 15 U.S.C. and you are invading our privacy. I ask for a competent office to handle my application and send us our food and cash aid funding without any other delays. Such delay is cruel and I will have You investigate for cruelty to my offspring [children] and I.

United Nations Declaration on the Rights of Indigenous Peoples

**Article 20**

1. Indigenous peoples have the right to maintain and develop their political, economic and social systems or institutions, to be secure in the enjoyment of their own means of subsistence and development, and to engage freely in all their traditional and other economic activities.

2. **Indigenous peoples deprived of their means of subsistence and development are entitled to just and fair redress.**

**Article 21**

1. Indigenous peoples have the right, without discrimination, to the improvement of their economic and social conditions, including, inter alia, in the **areas of education**, employment, vocational training and retraining, housing, sanitation, health and social security.

2. States shall take effective measures and, where appropriate, special measures to ensure continuing improvement of their economic and social conditions. Particular attention shall be paid to the rights and special needs of **indigenous** elders, **women,** youth, **children** and persons with disabilities.

### Article 22

1. Particular attention shall be paid to the rights and special needs of indigenous elders, **women**, youth, **children** and persons with disabilities in the implementation of this Declaration.

2. States shall take measures, in conjunction with indigenous peoples, to ensure that indigenous **women and children** enjoy the full protection and guarantees against all forms of violence and **discrimination.**

### Article 23

Indigenous peoples have the right to determine and develop priorities and strategies for exercising their right to development. In particular, indigenous peoples have the right to be actively involved in developing and determining health, housing and other **economic and social** programmes affecting them and, as far as possible, to administer such programmes through their own institutions.

### Article 24

1. Indigenous peoples have the right to their traditional medicines and to maintain their health practices, including the conservation of their vital medicinal plants, animals and minerals. Indigenous individuals also have **the right to access, without any discrimination, to all social and health services**.

2. Indigenous individuals have an equal right to the enjoyment of the highest attainable standard of physical and mental health. States shall take the necessary steps with a view to achieving progressively the full realization of this right.


**SEE:**

**American Declaration on Rights of Indigenous Peoples**

Child Nutrition Program Waiver Request Guidance and Protocol- Revised | Food and Nutrition Service (usda.gov)

F. **equitable** participation of children **in private** schools;

M. enforcement of **any constitutional** or statutory right of an individual, including any right under—

U.S.C. Title 42 - THE PUBLIC HEALTH AND WELFARE (govinfo.gov)

I do not consent to an invasion of our privacy of any form pursuant to TITLE 20 EDUCATION. 1232g,

In Honour Always,

By:    Lerese-Shanta : Hankins, In Good Faith

All rights and liberties reserved UCC 1-308

Under the United States Constitution, parents have a fundamental right to direct the education of their children. In 1925 the Supreme Court recognized that "liberty," protected by the Fourteenth Amendment, includes the right to choose a private education. Confronted with an Oregon statute mandating public school attendance, the Supreme Court ruled the statute unconstitutional. *Pierce v. Society of Sisters of the Holy Names of Jesus and Mary,* 268 U.S. 510 (1925).

In the words of the Court,

The fundamental theory of liberty upon which all governments in this Union repose excludes any general power of the state to standardize its children by forcing them to accept instruction from public teachers only. The child is not the mere creature of the state; those who nurture him and direct his destiny have the right, coupled with the high duty, to recognize and prepare him for additional obligations. (268 U.S. at 535)

A state's excessive regulation may in fact eliminate a parent's right to direct the education of his or her child. In 1923, the Supreme Court struck down a Nebraska statute that prohibited the teaching of German to elementary school age children. The Court determined that the law unreasonably interfered with the power of parents to control their children's education. Meyer v. State of Nebraska, 262 U.S. 390 (1923). Similarly, in 1927, the Supreme Court held a Hawaiian law unconstitutional that regulated the teachers, curriculum, and textbooks of private language schools and placed control of the schools in public officers. "Enforcement," the Court said, "would deprive parents of fair opportunity to procure for their children instruction which they think important and we cannot say is harmful." Farrington v. T. Tokushige, 273 U.S. 284, 298 (1927).

In 1976, the Ohio Supreme Court applied Farrington in a constitutional challenge to the state's "minimum standards" governing nonpublic schools. The state court determined that the standards were "so pervasive and all-encompassing that total compliance with each and every standard by a nonpublic school would effectively eradicate the distinction between public and nonpublic education, and thereby deprive these appellants of their traditional interest as parents to direct the upbringing and education of their children." Ohio v. Whisner, 351 N.E.2d 750, 768 (1976).

he Establishment Clause of the First Amendment prohibits "government inculcation of religious beliefs." Agostini v. Felton, 117 S. Ct. 1997, 2010 (1997).

42 U.S. Code § 1981 - Equal rights under the law

"Nothing in this title shall be construed to provide the state board of education or the governing boards of school districts control or supervision over private schools." Ariz. Rev. Stat. Ann. §15-161.

[Children] who are withdrawn from school must follow that statue not my private and religiously homeschooled son who is under my care and makes sure he is learning everyday.

The U.S. Constitution identifies the supreme law of the land as follows: "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding

 Gmail

Allahs Will <████████libertiesreserved@gmail.com>

## HelloFax: +16022577031 - Fax Sent Successfully
5 messages

**HelloFax** <noreply@mail.hellofax.com>
Reply-To: HelloFax <noreply@hellofax.com>
To: libertiesreserved@gmail.com

Mon, Oct 17, 2022 at 4:57 AM

HELLOFAX

The easiest way to sign and send faxes online

### Success! Your fax has been sent.

Your fax has been sent to +16022577031. You can see your fax anytime by clicking View on HelloFax.

View on HelloFax

Like going paperless? Try our other product, HelloSign.

Try HelloSign

We believe the office can be paperless
HelloFax — Fax Documents Online
HelloSign — Sign Documents Online
HelloSign for Gmail

1800 Owens St
San Francisco, CA
94158

Add us to your address book

📄 **NOTICE_X904le__KMreference_lettersigned.pdf**
100K

**HelloFax** <noreply@mail.hellofax.com>
Reply-To: HelloFax <noreply@hellofax.com>
To: libertiesreserved@gmail.com

Mon, Oct 17, 2022 at 7:46 AM

[Quoted text hidden]

📄 **GOODCAUSENOTICEDES.pdf**

70K

---

**HelloFax** <noreply@mail.hellofax.com>
Reply-To: HelloFax <noreply@hellofax.com>
To: ████████████bertiesreserved@gmail.com

Mon, Oct 17, 2022 at 11:15 AM

[Quoted text hidden]

**RefusalToContractwithaCorporation.pdf**
54K

---

**HelloFax** <noreply@mail.hellofax.com>
Reply-To: HelloFax <noreply@hellofax.com>
To: a████████libertiesreserved@gmail.com

Mon, Oct 17, 2022 at 12:38 PM

[Quoted text hidden]

**UnconsionableAgreement_AND_antitrust_law_violations.pdf**
124K

---

**HelloFax** <noreply@mail.hellofax.com>
Reply-To: HelloFax <noreply@hellofax.com>
To:████████libertiesreserved@gmail.com

Mon, Oct 17, 2022 at 4:14 PM

[Quoted text hidden]

**C014NOTICE__Attendance_and_Report_For_RaymondEugene.pdf**
820K

 **Gmail**

**Allahs Will <███████████libertiesreserved@gmail.com>**

---

## HelloFax: +18446809840 - Fax Sent Successfully
3 messages

---

**HelloFax** <noreply@mail.hellofax.com>
Reply-To: HelloFax <noreply@hellofax.com>
To: ████████libertiesreserved@gmail.com

Mon, Oct 17, 2022 at 11:15 AM

 **HELLOFAX**

The easiest way to sign and send faxes online

### Success! Your fax has been sent.

Your fax has been sent to +18446809840. You can see your fax anytime by clicking
View on HelloFax.

View on HelloFax

Like going paperless? Try our other product, HelloSign.

Try HelloSign!

---

**We believe the office can be paperless**
HelloFax — Fax Documents Online
HelloSign — Sign Documents Online
HelloSign for Gmail

1800 Owens St
San Francisco, CA
94158

Add us to your address book

---

 **RefusalToContractwithaCorporation.pdf**
54K

---

**HelloFax** <noreply@mail.hellofax.com>
Reply-To: HelloFax <noreply@hellofax.com>
To: ████████libertiesreserved@gmail.com

Mon, Oct 17, 2022 at 12:39 PM

[Quoted text hidden]

---

 **UnconsionableAgreement_AND_antitrust_law_violations.pdf**

124K

---

**HelloFax** <noreply@mail.hellofax.com>                    Mon, Oct 17, 2022 at 4:16 PM
Reply-To: HelloFax <noreply@hellofax.com>
To: ███████libertiesreserved@gmail.com

[Quoted text hidden]

📄 **C014NOTICE__Attendance_and_Report_For_RaymondEugene.pdf**
820K

PUBLIC LAW 111–274—OCT. 13, 2010          124 STAT. 2861

Public Law 111–274
111th Congress

## An Act

To enhance citizen access to Government information and services by establishing
that Government documents issued to the public must be written clearly, and
for other purposes.

*Be it enacted by the Senate and House of Representatives of
the United States of America in Congress assembled,*

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Plain Writing Act of 2010".

**SEC. 2. PURPOSE.**

The purpose of this Act is to improve the effectiveness and
accountability of Federal agencies to the public by promoting clear
Government communication that the public can understand and
use.

**SEC. 3. DEFINITIONS.**

In this Act:
    (1) AGENCY.—The term "agency" means an Executive
agency, as defined under section 105 of title 5, United States
Code.
    (2) COVERED DOCUMENT.—The term "covered document"—
        (A) means any document that—
            (i) is necessary for obtaining any Federal Govern-
        ment benefit or service or filing taxes;
            (ii) provides information about any Federal
        Government benefit or service; or
            (iii) explains to the public how to comply with
        a requirement the Federal Government administers
        or enforces;
        (B) includes (whether in paper or electronic form) a
    letter, publication, form, notice, or instruction; and
        (C) does not include a regulation.
    (3) PLAIN WRITING.—The term "plain writing" means
writing that is clear, concise, well-organized, and follows other
best practices appropriate to the subject or field and intended
audience.

**SEC. 4. RESPONSIBILITIES OF FEDERAL AGENCIES.**

(a) PREPARATION FOR IMPLEMENTATION OF PLAIN WRITING
REQUIREMENTS.—
    (1) IN GENERAL.—Not later than 9 months after the date
of enactment of this Act, the head of each agency shall—
        (A) designate 1 or more senior officials within the
    agency to oversee the agency implementation of this Act;

Oct. 13, 2010
[H.R. 946]

Plain Writing Act
of 2010.
5 USC 301 note.

5 USC 301 note.

5 USC 301 note.

Deadline.

Designation.

124 STAT. 2862          PUBLIC LAW 111–274—OCT. 13, 2010

(B) communicate the requirements of this Act to the employees of the agency;

(C) train employees of the agency in plain writing;

(D) establish a process for overseeing the ongoing compliance of the agency with the requirements of this Act;

Web site.

(E) create and maintain a plain writing section of the agency's website as required under paragraph (2) that is accessible from the homepage of the agency's website; and

Designation.

(F) designate 1 or more agency points-of-contact to receive and respond to public input on—

(i) agency implementation of this Act; and

(ii) the agency reports required under section 5.

(2) WEBSITE.—The plain writing section described under paragraph (1)(E) shall—

(A) inform the public of agency compliance with the requirements of this Act; and

Public comment.

(B) provide a mechanism for the agency to receive and respond to public input on—

(i) agency implementation of this Act; and

(ii) the agency reports required under section 5.

Effective date.

(b) REQUIREMENT TO USE PLAIN WRITING IN NEW DOCU-MENTS.—Beginning not later than 1 year after the date of enactment of this Act, each agency shall use plain writing in every covered document of the agency that the agency issues or substantially revises.

(c) GUIDANCE.—

Deadline.

(1) IN GENERAL.—Not later than 6 months after the date of enactment of this Act, the Director of the Office of Manage-ment and Budget shall develop and issue guidance on imple-menting the requirements of this section. The Director may designate a lead agency, and may use interagency working groups to assist in developing and issuing the guidance.

(2) INTERIM GUIDANCE.—Before the issuance of guidance under paragraph (1), agencies may follow the guidance of—

(A) the writing guidelines developed by the Plain Lan-guage Action and Information Network; or

(B) guidance provided by the head of the agency that is consistent with the guidelines referred to in subpara-graph (A).

Publication.
Web posting.
5 USC 301 note.

**SEC. 5. REPORTS TO CONGRESS.**

(a) INITIAL REPORT.—Not later than 9 months after the date of enactment of this Act, the head of each agency shall publish on the plain writing section of the agency's website a report that describes the agency plan for compliance with the requirements of this Act.

(b) ANNUAL COMPLIANCE REPORT.—Not later than 18 months after the date of enactment of this Act, and annually thereafter, the head of each agency shall publish on the plain writing section of the agency's website a report on agency compliance with the requirements of this Act.

5 USC 301 note.

**SEC. 6. JUDICIAL REVIEW AND ENFORCEABILITY.**

(a) JUDICIAL REVIEW.—There shall be no judicial review of compliance or noncompliance with any provision of this Act.

PUBLIC LAW 111–274—OCT. 13, 2010          124 STAT. 2863

(b) ENFORCEABILITY.—No provision of this Act shall be construed to create any right or benefit, substantive or procedural, enforceable by any administrative or judicial action.

**SEC. 7. BUDGETARY EFFECTS OF PAYGO LEGISLATION FOR THIS ACT.**    5 USC 301 note.

The budgetary effects of this Act, for the purpose of complying with the Statutory Pay-As-You-Go Act of 2010, shall be determined by reference to the latest statement titled "Budgetary Effects of PAYGO Legislation" for this Act, submitted for printing in the Congressional Record by the Chairman of the House Budget Committee, provided that such statement has been submitted prior to the vote on passage.

Approved October 13, 2010.

LEGISLATIVE HISTORY—H.R. 946:

HOUSE REPORTS: No. 111–432 (Comm. on Oversight and Government Reform).
CONGRESSIONAL RECORD, Vol. 156 (2010):
        Mar. 17, considered and passed House.
        Sept. 27, considered and passed Senate, amended.
        Sept. 29, House concurred in Senate amendments.

○