Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of Arizona ▼

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 04 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In Re: empress leresah-shante: el©™, in propria persona, sui juris, in full life, implied surety, original creditor for -the principal LERESE SHANTA HANKINS ESTATE TRUST©™
    *Plaintiff/Petitioner*

Michael Wisehart, Director of Arizona Department of Economic Security
    *Defendant/Respondent*

Civil Action No.   2:22-cv-02083-SPL

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: without prejudice/recourse
by: el; lerese- shante, ucc 1-308
all rights and liberties reserved worldwide

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: [December 27, 2022]

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.   no spouse

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse n/a | You | Spouse n/a |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | n/a | n/a | $ 0.00 |
| none | n/a | n/a | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | n/a | n/a | $ 0.00 |
| n/a | n/a | n/a | $ 0.00 |
| n/a | n/a | n/a | $ 0.00 |

4. How much cash do you and your spouse have? $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| n/a | n/a | $ 0.00 | $ 0.00 |
| n/a | n/a | $ 0.00 | $ 0.00 |
| n/a | n/a | $ 0.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | no spouse |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle #1 *(Value)* | $ 0.00 |
| Make and year: n/a | |
| Model: n/a | |
| Registration #: n/a | |
| Motor vehicle #2 *(Value)* | $ 0.00 |
| Make and year: n/a | |
| Model: na | |
| Registration #: n/a | |
| Other assets *(Value)* | $ 0.00 |
| Other assets *(Value)* | $ 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money    no spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | $ 0.00 | $ 0.00 |
| n/a | $ 0.00 | $ 0.00 |
| n/a | $ 0.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) 42 U.S.C. 2000bb et seq. | Relationship | Age |
|---|---|---|
| Title15 United States Code, Sec. 6821: Privacy protection | n/a | 0 |
| Title15 United States Code Chpt. 91, under age | n/a | 0 |
| Title 15 United States Code § 6802 | n/a | 0 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No n/a <br> Is property insurance included? ☐ Yes ☐ No n/a | $ 0.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 0.00 | $ 0.00 |
| Clothing | $ 0.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 0.00 | $ 0.00 |
| Medical and dental expenses | $ 0.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 0.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|     Homeowner's or renter's: n/a | $ 0.00 | $ 0.00 |
|     Life: n/a | $ 0.00 | $ 0.00 |
|     Health: n/a | $ 0.00 | $ 0.00 |
|     Motor vehicle: n/a | $ 0.00 | $ 0.00 |
|     Other: n/a | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 0.00 | $ 0.00 |
| Installment payments |  |  |
|     Motor vehicle: n/a | $ 0.00 | $ 0.00 |
|     Credit card *(name):* n/a | $ 0.00 | $ 0.00 |
|     Department store *(name):* n/a | $ 0.00 | $ 0.00 |
|     Other: n/a | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: n/a | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | **$ 0.00** | **$ 0.00** |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☒ No If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☐ Yes ☐ No n/a

If yes, how much? $ n/a

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
See Affidavit, "AFFIDAVIT OF NO INCOME"

I do not have income as defined by the Internal Revenue Service 26 U.S. Code § 61 - Gross income defined.

Burden of our Religion, 42 U.S.C. 2000bb et seq.

12. Identify the city and state of your legal residence.
n/a

Religious Freedom Restoration Act of 1993

Your daytime phone number: n/a

Your age: n/a Your years of schooling: n/a

Age of Majority Privacy Act of 1974, et al

Special Attention:
Title 12 U.S. Code § 5383
The petition shall be filed under seal. (C)(2)(v)operation of law
Title,12 USC § 5381(a)(6) District of Arizona
(iii)Expedition
The Court of Appeals shall consider any appeal under this subparagraph on an expedited basis.
12 USC § 5381(a)(5) Default, Securities

United States Post Office Certified Mail No. 7022 2410 0001 0948 5157

Re: Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)
Case No. 2:22-cv-02083-SPL

## AFFIDAVIT OF NO INCOME

I, empress leresah-shante: el©™, hereby decree/declare that I do not have "income" or "gross income" according to 26 U.S. Code § 61. I am not an employee who receives an income or compensation or remuneration for services or goods.

I cannot be compelled, coerced, or threatened to present fraudulent documentation stating I receive an income. The definition of the terms of what income is are below as follows;

The term "Income", and "Gross Income' is defined as payment or compensation for services or goods provided.

The term "Employee" is defined as; means an employee as defined in the act and part 203 of this chapter. This is referring to the "Railroad Retirement Act 1937.

The term "Compensation" is defined as; for services, including fees, commissions, fringe benefits, and similar items; and Compensation is payment or remuneration for work or services performed or for harm suffered (see also damages).

The term "Services provided" is defined as; The term service means service as defined in the act and part 220 of this chapter.

The term "Payment" is defined as; means a payment that is— (I)**made to further the commercial development of oil, natural gas, or minerals;** and (II)not de minimis; and (ii)includes taxes, royalties, fees (including license fees), production entitlements, bonuses, and other material benefits, that the Commission, consistent with the guidelines of the Extractive Industries Transparency Initiative (to the extent practicable), determines are part of the commonly recognized revenue stream for the commercial development of oil, natural gas, or minerals;

The term "Remuneration" is defined as; 1) Remuneration includes pay for services for hire, pay for time lost as defined in § 322.6, and other earned income payable or accruing with respect to any day.

It is my belief that I am not and never have been an employee of a railroad company.

It is my belief that I have not provided and/or received compensation goods.

It is my belief that I have not provided and/or received compensation, goods, or services to and/or from the railroad retirement Act 1937.

It is my belief and truth that I have been made to believe I receive or have received income in the past.

United States Post Office Certified Mail No. 7022 2410 0001 0948 5157

I believe by that presentation of alleged "income" documentation that is alleged would be making a false claim according to 31 U.S.C 3729 et. seq.

I believe that presenting alleged income will violate 18 U.S.C. 1001 et.seq.

I AM NOT an Employee.
I DO NOT receive Compensation.
I DO NOT receive a Pension
I DO NOT receive Remuneration.
I DO NOT receive Payments.
I AM NOT Providing Services.
I AM NOT Providing Goods.

It is my belief that Title 18 United States Code, Section 8, is how my needs shall be provided for.

Always in good faith and honour,

[Made Pursuant to 28 United States Code, Section 1746]

I declare under the Creator Father Allah God's laws, the truth.

By: el; leresah-shante  ©™
All rights and liberties reserved Worldwide Without Prejudice/Recourse UCC 1-308
[December 27, 2022]
General Post-office [Judicial District]
[: empress leresah-shante: el©™:]
[: care of 12112 north rancho vistoso boulevard # 520:]
[: near Oro Valley, Arizona [ RFD 85755:]]
Non-Domestic, ZIP Exempt, without UNITED STATES



Notice of Privacy + Confidentiality

These are NOT public Records. No Rights waived.

by: el; teresah-shante, a living woman
Authorized Representative for: LERESE HANKINS estate/trust